UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:19-00146 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| DESHAWN EPPS | ) | |

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JUN 05 2019

DEPUTY CLERK

# INDICTMENT

THE GRAND JURY CHARGES:

On or about January 15, 2019, in the Middle District of Tennessee, **DESHAWN EPPS**, having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Kahr PM9 9mm pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of this Indictment, **DESHAWN EPPS** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c): any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including a Kahr PM9 9mm pistol and related 9mm ammunition.

A TRUE BILL

FOREPERSON

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

ROBERT E. MCGUIRE
ASSISTANT UNITED STATES ATTORNEY