CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

Indictment ☐
Complaint ☐
Information ☐
Felony ☒
Misdemeanor ☐
Juvenile ☐

County of Offense: Davidson
AUSA's NAME: McGuire

Reviewed by AUSA: _PM_
(Initials)

DESHAWN EPPS
Defendant's Full Name

Defendant's Address

Interpreter Needed? ☐ Yes ☒ No

If Yes, what language? _____

Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Weapon | 10 years* | $250,000 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.

**A charge pursuant to 8 U.S.C. § 1326, may carry a maximum sentence of one of the following: (1) up to 2 years; (2) up to 10 years; or (3) up to 20 years, depending upon a defendant's criminal and removal history.

Is the defendant currently in custody? Yes ☒ No ☐   If yes, **State** or Federal? Writ requested ☒

Has a complaint been filed? Yes ☐ No ☒
    If Yes: Name of the Magistrate Judge _____    Case No.: _____
    Was the defendant arrested on the complaint? Yes ☐ No ☐

Has a search warrant been issued? Yes ☒ No ☐
    If Yes: Name of the Magistrate Judge _____    Case No.: _____

Was bond set by Magistrate/District Judge? Yes ☐ No ☐    Amount of bond: _____

Is this a Rule 20? Yes ☐ No ☒    To/from what district? _____
Is this a Rule 40? Yes ☐ No ☒    To/from what district? _____

Estimated trial time:    2 days

The Clerk will issue a Summons/**Warrant**    (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ☒ No ☐    Recommended conditions of release: _____