UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) | NO. 3:19-cr-00146 |
| DESHAWN EPPS, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Upon further consideration and after consultation with the Pretrial and Probation Office, the Petition for Warrant for Offender on Supervision (Doc. No. 76) alleges a single state law misdemeanor violation that has been adjudicated in state court. This Court believes that a time-served sentence will likely be appropriate. Accordingly, the Marshal shall release Mr. Epps immediately. The Government's Motion to Reconsider (Doc. No. 89) is **GRANTED**, and a revocation hearing will be set in due time.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1