UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:19-cr-146-1 |
| ) | |
| DESHAWN EPPS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On October 15, 2025, the Court held a hearing on the First Superseding Petition for Warrant for Offender on Supervision (the "Petition") (Doc. No. 141), which alleges that Defendant Deshawn Epps violated the terms of his supervised release by: committing another crime (Violation 1); failing to notify the probation officer with 72 hours of being arrested or questioned by law enforcement (Violation 2); and using alcohol (Violation 3). Defendant admitted to the second and third violations in open court and waived his right to a hearing on those violations. The United States orally moved to dismiss the first violation, and Defendant joined in that motion. Accordingly, the Court finds by a preponderance of the evidence that Defendant violated his conditions of release and therefore **ADJUDGES** Defendant **GUILTY** of Violations 2–3 of the Petition. The Court also **GRANTS** the joint motion to dismiss Violation 1.

After considering all the appropriate 18 U.S.C. § 3553(a) factors, Defendant is committed to the custody of the Attorney General for a period of four months, after which his supervised release is **TERMINATED**.

Finally, there are two pending motions that are now moot—Defendant's Motion to Compel (Doc. No. 61) and Defendant's Motion to Continue (Doc. No. 144)—and they are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE